UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-80929-CIV-COHN/SELTZER

ROXANNE BEST, etc., et al.

    Plaintiffs,

vs.

BLUEGREEN CORPORATION, etc., et al.,

    Defendants.
_____/

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS AND CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's Unopposed Motion for Attorneys' Fees, Costs, and Service Awards [DE 131] ("Motion"). Plaintiffs file the Motion as part of a settlement reached in this case. The Motion is therefore unopposed. The Court held a hearing on the parties' class action settlement agreement on November 6, 2015, has reviewed the record in this case, and is otherwise advised in the premises.

For the reasons stated on the record at the hearing, the Court approves the Settlement Agreement, including Plaintiff Counsel's fee request and the service awards to the named Plaintiffs in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Unopposed Motion for Attorneys' Fees, Costs, and Service Awards [DE 131] is **GRANTED**.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 6th day of November, 2015.

*James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.